UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

FIFTH THIRD BANK (CHICAGO),

    Plaintiff,

v.                                    Case No: 2:13-cv-375-FtM-38DNF

DANIEL STOCKS and DEBRA STOCKS,

    Defendants.
_____/

## ORDER

This matter comes before the Court on the Plaintiff, Fifth Third Bank of Chicago, the Branch Banking and Trust Company (BB&T) and the Defendants, Daniel and Debra Stocks' Notice of Settlement and Satisfaction of Judgment (Doc. #150) filed on July 18, 2013. The Plaintiffs state that a settlement has been reached in the case and request that all Writs of Garnishment and Continuing Writs of Garnishment be released. The Plaintiffs further state they release from levy all personal property of Defendants, waive all rights to levy against such personal property, including all personal property previously seized in the action.

Accordingly, it is now

**ORDERED:**

1. The action is **DISMISSED** with prejudice, the Clerk of the Court is directed to **CLOSE** the case, and terminate all outstanding motions.

2. The Writs of Garnishment (Docs. # 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37, and 38) are hereby **DISSOLVED**.

3. All Levies of all personal property of the Defendants Daniel and Debra Stocks are hereby released, including any personal property already seized.

4. BB&T shall be paid the $100.00 statutory allowance from the Clerk of the Court.

5. All parties in this action shall bear their own costs and attorney's fees.

**DONE** and **ORDERED** in Fort Myers, Florida this 22nd day of July, 2013.

*[Signature]*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record