UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

FIFTH THIRD BANK (CHICAGO),

    Plaintiff,

v.                                            Case No: 2:13-cv-375-FtM-38DNF

DANIEL STOCKS and DEBRA
STOCKS,

    Defendants.
_____/

## ORDER[1]

This matter comes before the Court on Plaintiff Fifth Third Bank's Motion for Return of Unused Monies Held in Court Registry (Doc. 155). Plaintiff seeks disbursement of $1,200.00. This matter was opened to issue writs of garnishment on a judgment in the United States District Court for the Northern District of Illinois Eastern Division. (*See* Doc. 1). The matter was then settled and dismissed without prejudice. (Doc. 151). Now, Plaintiff seeks the remaining funds left in the Court's registry be returned to it. (Doc. 155). Having considered the Plaintiff's Motion, the Court finds good cause to grant it.

Accordingly, it is now

**ORDERED:**

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or websites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites. Likewise, the Court has no agreements with any of these third parties or their websites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

Plaintiff Fifth Third Bank's Motion for Return of Unused Monies Held in Court Registry (Doc. 155) is **GRANTED.**

1. The Clerk of Court is directed to **ISSUE** a check drawn from the Court Registry that is made payable to Carlton Fields, LLC for $ 1,200.00, and any applicable interest that may have accrued.

2. The Clerk shall **TRANSMIT** the check to Carlton Fields, LLC at 100 S.E. Second Street, Suite 4200, Miami, FL 33131-9101.

**DONE** and **ORDERED** in Fort Myers, Florida this 11th day of July 2018.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record